IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLVILLE, INC.,<br>an Alaska corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>GOVERNMENT SERVICES CORP., f/k/a<br>MLDC Government Services Corp., a<br>Delaware corporation,<br><br>      Defendant. | Case No. 3:12-cv-00232-SLG |

## JUDGMENT ON CONFESSION

**IT IS HEREBY ORDERED** that judgment is entered as follows:

  1.  In accordance with the Confession of Judgment executed by GOVERNMENT SERVICES CORP., f/k/a MLDC Government Services Corp., Plaintiff, Colville, Inc., shall recover from and have judgment against Defendant GOVERNMENT SERVICES CORP., f/k/a MLDC Government Services Corp., as follows:

| | | |
|---|---|---|
| a. | Principal Amount | $ 345,727.37 |
| b. | Prejudgment Interest on $345,727.37<br>(computed at the annual rate of 10.5%<br>from June 15, 2012 to December 21, 2012) | $ 15,300.73 |
| c. | Prejudgment Interest on $345,727.37<br>(computed at the annual rate of 10.5%<br>from December 21, 2012 to December 31, 2012) | $   994.56 |

| | | | |
|---|---|---|---|
| d. | Less payment received 12/31/12 | $ | -70,000.00 |
| e. | Sub-Total: | $ | 292,022.66 |
| f. | Prejudgment Interest on $292,022.66 (computed at the annual rate of 10.5% from December 31, 2012 to January 28, 2013) | $ | 2,352.18 |
| g. | Less payment received 1/28/13 | $ | -35,000.00 |
| h. | Sub-Total: | $ | 259,374.84 |
| i. | Prejudgment Interest on $259,374.84 (computed at the annual rate of 10.5% from January 28, 2013 to February 6, 2013) | $ | 671.53 |
| j. | Sub-Total: | $ | 260,046.37 |
| 2. | Attorney's Fees | $ | 9,970.56 |
| 3. | Costs | $ | 350.00 |
| 4. | **TOTAL JUDGMENT** | **$** | **270,366.93** |
| 5. | Post-Judgment Interest Rate (accrued from 2/6/13) | | 10.5% |

LET EXECUTION ISSUE FORTHWITH pursuant to the terms of the Settlement Agreement And Agreement Not To Execute.


DATED: February 12, 2013　　　　　　　　　　/s/ Sharon L. Gleason
*Effective date:* February 6, 2013　　　　　　U.S. DISTRICT COURT JUDGE